IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
      Plaintiffs, )
) Case No.: 2014 C 4805
v. )
) Judge Zagel
)
SELLERS & SELLERS ENTERPRISES ) Magistrate Judge Cole
INC., an Illinois corporation, )
)
      Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on June 25, 2014 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service was made upon SELLERS & SELLERS ENTERPRISES, INC., an Illinois corporation was made on the Defendant on July 15, 2014 and a copy of the proof of service was filed with the court on July 24, 2014.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

| | |
|---:|---|
| $15,787.64 | Pension |
| $13,030.23 | Welfare |
| $925.00 | Attorneys fees |
| $498.00 | Court costs |
| $30,240.87 | |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment against Defendant, SELLERS & SELLERS ENTERPRISES, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $30,240.87

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS

        s/John J. Toomey
        ARNOLD AND KADJAN
        203 N. LaSalle Street, Suite 1650
        Chicago, IL 60601
        Telephone No.: (312) 236-0415
        Facsimile No.: (312) 341-0438
        Dated: August 22, 2014